UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SYLVESTER SANFORD TATUM,<br><br>　　　　　Petitioner,<br>　v.<br>D.W. NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:14-cv-01280-JCM-GWF<br><br>ORDER |

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner Sylvester Sanford Tatum's sworn declaration voluntarily abandoning the unexhausted claims in his petition, which he styled as a motion (ECF No. 30). Good cause appearing, Tatum's motion is granted.

After Tatum filed the declaration, respondents filed their answer to the remaining grounds (ECF No. 33). The court notes that, pursuant to its order dated February 2, 2016, Tatum's reply to the answer, if any, is due thirty (30) days from the date respondents served their answer, unless Tatum files a motion for extension of time.

**IT IS THEREFORE ORDERED** that petitioner's motion to voluntarily dismiss his unexhausted claims (ECF No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for clarification (ECF No. 28) and motion for a copy of the federal rules (ECF No. 29) are both **DENIED** as moot.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file their answer to the petition (ECF No. 31) is **GRANTED** *nunc pro tunc.*

DATED: 1 February 2017.

                                                                                          /s/ James C. Mahan
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE